# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

**Anthony L. BRADDOCK**
**Fireman (E-3), U.S. Coast Guard**

**CGCMSP 24980**
**Docket No. 1468**

**20 March 2020**

Referred to trial on 21 February 2019.

| | |
|---|---|
| Military Judge: | CDR Brendan T. Gavin, USCG |
| Appellate Defense Counsel: | LCDR Benjamin M. Robinson, USCG |
| | LT Carolyn Bray, USCG |
| Appellate Government Counsel: | LT Nicholas J. Hathaway, USCG |
| | LT Zachary N. Godsey, USCG |

**BEFORE**
**McCLELLAND, BRUCE & BRUBAKER**
Appellate Military Judges

Per curiam:

A military judge sitting alone as a special court-martial convicted Appellant, consistent with his pleas, of four specifications of distribution of marijuana, one specification of use of marijuana, and one specification of assault consummated by a battery, in violation of Articles 112a and 128, Uniform Code of Military Justice (UCMJ). The military judge sentenced Appellant to confinement for nine months, reduction to pay grade E-1, and a bad-conduct discharge, which the Convening Authority approved. There was a pretrial agreement, but it had no impact on the sentence.

Pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), Appellant personally asserts that his sentence to a bad conduct discharge is inappropriately severe. We disagree. Reviewing *de novo* and considering this particular accused and his offenses, *see United States v.*

*Olsen*, 79 M.J. 682, 691 (C.G. Ct. Crim. App. 2019), we conclude that Appellant's sentence is appropriate and should be approved. *See* Article 66(c), UCMJ.

## Decision

We determine that the findings and sentence are correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Sarah P. Valdes
Clerk of the Court